### JORDON v. STATE. (No. 10179.)

(Court of Criminal Appeals of Texas. May 26, 1926.)

Criminal law ⟸1099(6)—Statement of facts not filed until more than 100 days after notice of appeal was given cannot be considered by Court of Criminal Appeals (Code Cr. Proc. 1925, art. 760, par. 5).

Where statement of facts was not filed by defendant in court below until more than 100 days after notice of appeal was given, held, that under Code Cr. Proc. 1925, art. 760, par. 5, Court of Criminal Appeals cannot consider such statement of facts.

Commissioners' Decision.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Earl Jordon was convicted of driving an automobile while intoxicated, and he appeals. Affirmed.

Baskett & De Lee, of Dallas, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BERRY, J. The offense is driving an automobile while intoxicated, and the punishment is a fine of $75.

The transcript shows that the motion for a new trial was overruled and the notice of appeal given to this court on the 13th day of January, 1926. It further discloses that the court allowed the defendant 60 days' time in which to prepare and file bills of exceptions and statement of facts. The statement of facts shows that it was filed in the court below on the 11th day of May, 1926, or more than a hundred days after notice of appeal was given. Under paragraph 5, art. 760, 1925 Revision of the C. C. P., we are without authority to consider this statement of facts.

In the absence of the facts adduced on the trial of the case, there is nothing in appellant's bills of exceptions that would authorize a reversal of the case. We regret that appellant has been deprived of his statement of facts, but under the statute itself we have no option but to disregard the same.

Finding no error in the record, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.